# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED
MAR 06 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE _State of Indiana_ DISTRICT OF _Pike County_

(Full name of plaintiff(s))

_Demetrius Allen Pollard_

vs

(Full name of defendant(s))

_State of Indiana_

Case Number:

_____
(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of _Indiana_, and is located at
                              (State)

_100 South 4th St. Petersburg, Indiana 47567_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant _State of Indiana_
                                                                  (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

My rights were violated on March 1, 2020 around 10:30 p.m. when I was stopped by Trp. Brayden Angermeier (ISP). I was behind the wheel due to my fiancé being on her medication and her not being able to see at night on State Rd 69 due to heavy rain and extremely hazardous conditions that were life threatening to myself, her, and three children in the back under the ages of 13 years old. I was detained for allegedly driving as a Habitual Traffic Violator for Life. My fiancé was told that her license were suspended as well due to incorrect outdated

Complaint - 2

information from the BMV. I stated to the trooper that I was detained in Vanderburgh County on the same charge because of my information being outdated due to the BMV in August 15, 2019. I had to sit in Vanderburgh County until October 16, 2019 when my case was dismissed because they got the correct information only because I was suppose to go to trial the next day. I plead guilty to a Habitual Traffic Violator for 10 years in 2006. I became eligible for my license in 2016 and they were reinstated to me. I explained to Trp. Angermeier of the outdated and incorrect information on my driving record but he insisted that I was not telling the truth. My fiancé even explained to him about her situation and he said the same thing. I have lost everything due to me being incarcerated for the second time on the same charge for incorrect information and the negligence of the employees at the BMV. It is imperative that you look into this situation and get it cleared up for me as soon as possible.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

[✓] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 30,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like to be compensated for the loss of my jobs for the time spent incarcerated due to the improper and outdated information on my record. My children had to watch their father being taken away off by an officer who was sworn to protect and serve the citizens and leave them in a life threatening situation because of the conditions on the road. I have had my 2003 Cadillac deville towed and sold by the towing company because of the offense I allegedly committed that cause me to be incarcerated. I have a suffered a great amount of loss and suffering due to this situation and as of right now I'm still suffering along with my kids, fiancé, and other family members.

E.   JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
   OR

☑ Court Trial – I want a judge to hear my case

Dated this __3__ day of __5__ 20_20_.

Respectfully Submitted,

_Demetrius Pollard_
Signature of Plaintiff

_49298_
Plaintiff's Prisoner ID Number

_100 South 4th St. Peterburg, Indiana 47567_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.